Motion Granted; Appeal Dismissed and Memorandum
Opinion filed April 5, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00963-CV

____________

 

ROBERT GUTHRIE, Appellant

 

V.

 

UNITED PRODUCTION & CONSTRUCTION SERVICES, INC., Appellee

 



 

On Appeal from the 164th District Court

Harris County, Texas

Trial Court Cause No. 2009-16334

 



 

M E M O R
A N D U M   O P I N I O N

This
appeal is from a judgment signed August 31, 2010.  On March 28, 2011, the
parties filed a joint motion to dismiss the appeal in order to effectuate a
compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The
motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Brown, Boyce, and Jamison.